

```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 3654 Federal Building
   | 1130 "O" Street
 4 | Fresno, California 93721
   | Telephone: (559) 498-7272
 5 |
```

FILED
NOV 17 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES OF: ) <br>  ) <br> 59701 MAMMOTH ROAD ) <br> NORTH FORK, CA ) <br>  ) <br> 56299 ROAD 200 ) <br> NORTH FORK, CA ) <br>  ) <br> 815 N. LAFAYETTE ) <br> FRESNO, CA ) <br>  ) <br>  ) <br>  ) <br> _____ ) | SW-F-05-308 DLB <br> SW-F-05-309 DLB <br> SW-F-05-310 DLB <br><br> ORDER TO UNSEAL APPLICATION FOR <br> SEARCH WARRANTS AND SEARCH <br> WARRANTS |

Having considered the government's application to unseal the application for search warrants and search warrants in the above-captioned matters,

IT IS HEREBY ORDERED that the applications for search warrants and search warrants in the above-captioned matter shall be UNSEALED.

Dated: November 17, 2005

_____
DENNIS L. BECK
U.S. Magistrate Judge

1